NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANASTASIA STEVENSON,**

*Petitioner*

**v.**

**DEPARTMENT OF COMMERCE,**

*Respondent*

---

2023-2339

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-23-0092-I-1.

---

## JUDGMENT

---

DIONNA MARIA LEWIS, District Legal Group PLLC, Washington, DC, argued for petitioner.

KYLE SHANE BECKRICH, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by REGINALD THOMAS BLADES, JR., BRIAN M. BOYNTON, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK and PROST, *Circuit Judges,* and GOLDBERG, *Chief District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 10, 2025
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Honorable Mitchell S. Goldberg, Chief Judge, United States District Court for the Eastern District of Pennsylvania, sitting by designation.